# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153729(23)

RONNIE MADSON, JR.,
        Plaintiff-Appellant,

v

LATOYA JASO,
        Defendant-Appellee.
_____/

SC: 153729
COA: 331605
Lenawee CC: 11-037046-DC

      On order of the Chief Justice, the motion of Michigan Coalition of Family Law Appellate Attorneys to participate as amicus curiae and file a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on June 2, 2016, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2016

_____

